**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
225 Broadway
Suite 1515
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/18/2020
```

Thomas F. X. Dunn
Admitted: NY, NJ & MA
_____

William J. Rempel
Admitted: NY & NJ

Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

**MEMO ENDORSED**

By ECF

May 18, 2020

Honorable Valerie E. Caproni
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Alberto Borges</u>,
         19 Cr. 862 (VEC)

Dear Judge Caproni:

      I represent Alberto Borges pursuant to the Criminal Justice Act. I write to request that your Honor assign my associate, William Rempel, to assist me. I request that he initially be assigned 100 hours at the rate of $90 an hour. If additional hours are needed I will seek permission of your Honor for those hours.

      A hard drive containing discovery was received from the discovery coordinator Julie A. De Almeida, Esq. The discovery includes wiretap materials lines, jail calls, social media and law enforcement documents. Mr. Rempel previously received assignments from the Honorable Kimba M. Wood, the Honorable Ronnie Abrams, The Honorable Lewis A. Kaplan the Honorable Paul G. Gardephe and the Honorable Naomi Reice Buchwald.

      Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Application GRANTED.

SO ORDERED.      Date: 05/18/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE