**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/15/2021

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

**By ECF and email**                                                September 15, 2021

Honorable Valerie E. Caproni
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: United States v. Alberto Borges,
          19 Cr. 862 (VEC)

Dear Judge Caproni:

    My sentencing submission was due yesterday and I neglected to submit it. I failed to realize both the submission date and the sentence date. I apologize to your Honor. I have no excuse to offer for these failures.

    I have a trial scheduled to commence on October 6th before the Honorable Paul G. Gardephe in *United States v. Adamu*, 18 Cr. 601(PGG). I believe that trial will conclude on or before October 20th. I request that the Court adjourn the sentence to the week of November 8th and that I be permitted to file my submission by October 25th.

    Assistant U.S. Attorney Adam Hobson advise that he has no objection to this request.

    This is my first request for an adjournment.

                                          Respectfully yours,
                                              /s/
                                          Thomas F.X. Dunn

Cc: Adam Hobson, Esq.
    Assistant U.S. Attorney
   (by ECF and email)

Application GRANTED.

Mr. Borges's sentencing, which is currently scheduled for Tuesday, September 28, 2021 at 11:00 A.M., is hereby adjourned to **Monday, November 8, 2021 at 11:00 A.M.**  The Defense sentencing submission is due no later than **Friday, October 22, 2021**.  The Court encourages Defense counsel to read all court orders carefully.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: September 15, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE