**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2021

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

**By ECF and email**                                                                October 26, 2021

Honorable Valerie E. Caproni
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Alberto Borges</u>,
          19 Cr. 862 (VEC)

Dear Judge Caproni:

    I write to request a one week adjournment of the sentence of my client Alberto Borges scheduled for November 8th. I have been engaged on trial before the Honorable Paul G. Gardephe in *United States v. Adamu*, 18 Cr. 601(PGG) for the last three weeks. It was expected that the trial would last two weeks. Deliberations commenced yesterday and ended at 5:30 p.m. I apologize, I should have made this request no later than this past Friday.

    I request that your Honor re-schedule the sentence for Mr. Borges to the week of November 15th and that I submit my sentencing memorandum on November 1st.

    Assistant U.S. Attorney Adam Hobson advised that he has no objection to this request.

    This is my second request for an adjournment.

    Thank you for your consideration of this request.

                                                      Respectfully yours,
                                                      /s/
                                                      Thomas F.X. Dunn

Cc: Adam Hobson, Esq.
    Assistant U.S. Attorney
   (by ECF and email)

The Defendant's sentencing submission deadline is adjourned *nunc pro tunc* to **Monday, November 1, 2021**.

The sentencing, which is currently scheduled for Monday, November 8, 2021 at 11:00 A.M., is adjourned to **Friday, November 12, 2021 at 3:00 P.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Date: October 26, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE